**Fill in this information to identify the case:**

Debtor 1: Poria Asaad

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of California

Case number: 16-41225

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in its individual capacity but solely as the Trustee for the Brougham Fund I Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 2 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/01/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 5,030.30

---

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   New Escrow Payment includes: Escrow ($1,042.88) and Shortage ($392.57)

   Current escrow payment: $ 193.73      New escrow payment: $ 1,435.45

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Official Form 410S1      Notice of Mortgage Payment Change      page 1

Case: 16-41225   Doc#   Filed: 12/11/18   Entered: 12/11/18 16:08:46   Page 1 of 5

| Debtor 1 | Poria Asaad | Case number (*if known*) 16-41225 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Erin M. McCartney
Signature

Date 12/11/2018

Print: **Erin M. McCartney**
First Name  Middle Name  Last Name

Title **Associate Attorney**

Company **Zieve, Brodnax & Steele, LLP**

Address **30 Corporate Park, Suite 450**
Number  Street

**Irvine, CA 92606**
City  State  ZIP Code

Contact phone **(714) 848-7920**

Email **bankruptcy@zbslaw.com**

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**
Case: 16-41225   Doc#   Filed: 12/11/18   Entered: 12/11/18 16:08:46   Page 2 of 5



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

PORIA ASAAD
19 NORLYN DRIVE
120 VANTIS, SUITE 300
WALNUT CREEK      CA 94596

YOUR LOAN NUMBER:

DATE: 11/23/18

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    01/19 THROUGH    12/19.
------- ANTICIPATED PAYMENTS FROM ESCROW -    01/19 THROUGH    12/19 -------
          COUNTY TAX                      12514.58

          TOTAL PAYMENTS FROM ESCROW      12514.58

          MONTHLY PAYMENT TO ESCROW        1042.88  (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    01/19 THROUGH    12/19---------
       -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW   FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                                ACTUAL STARTING BALANCE  -539.42         4171.53
JAN 19  1042.88                                   503.46              5214.41
FEB 19  1042.88                                  1546.34              6257.29
MAR 19  1042.88                                  2589.22              7300.17
APR 19  1042.88    6257.29   COUNTY TAX   ALP  -2625.19    RLP       2085.76
MAY 19  1042.88                                -1582.31              3128.64
JUN 19  1042.88                                  -539.43             4171.52
JUL 19  1042.88                                   503.45             5214.40
AUG 19  1042.88                                  1546.33             6257.28
SEP 19  1042.88                                  2589.21             7300.16
OCT 19  1042.88                                  3632.09             8343.04
NOV 19  1042.88                                  4674.97             9385.92
DEC 19  1042.88    6257.29   COUNTY TAX          -539.44             4171.51

------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -4710.95.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.

Case: 16-41225    Doc#    Filed: 12/11/18    Entered: 12/11/18 16:08:46    Page 3 of 5

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
         PRINCIPAL & INTEREST                            3594.85 *
         ESCROW (1/12TH OF ANNUAL ANTICIPATED            1042.88
            DISBURSEMENTS AS COMPUTED ABOVE)
         PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
         PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
         PLUS: SHORTAGE PAYMENT                           392.57
         MINUS: SURPLUS CREDIT                              0.00
         ROUNDING ADJUSTMENT                                0.00
         MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/19    5030.30
*    IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
     PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH

     YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    2085.76.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE

IS TARGETED TO BE YOUR CUSHION AMOUNT.
YOUR ESCROW CUSHION FOR THIS CYCLE IS       2085.76.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/18       283.15       08/18       283.15      09/18       1132.60   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                                 00/00       0.00
00/00       0.00                                 00/00       0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# CERTIFICATE OF SERVICE

I, Michele Dapello, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **December 11, 2018**, I served the within **NOTICE OF MORTGAGE PAYMENT CHANGE** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

Poria Asaad
19 Norlyn Drive
Walnut Creek, CA 94596

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Carl Gustafson, Attorney | courtcrg@lincolnlaw.com |
| Martha G. Bronitsky, Trustee | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **December 11, 2018,** at Irvine, California.

/s/ Michele Dapello
**Michele Dapello**

1

Case: 16-41225    Doc#    Filed: 12/11/18    Entered: 12/11/18 16:08:46    Page 5 of 5